(134 So. 896)

## UNITED STATES FIDELITY & GUARANTY CO. v. Lillian H. BAKER.

### 2 Div. 986.

Supreme Court of Alabama.

May 28, 1931.

A. M. Pitts, of Selma, and Coleman, Coleman, Spain & Stewart, of Birmingham, for petitioner.

Mallory, Mallory & Lapsley and Harry W. Gamble, all of Selma, opposed.

THOMAS, J.

Petition of the United States Fidelity & Guaranty Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in United States Fid. & Guar. Co. v. Lillian H. Baker, 134 So. 894.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.